IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>      Plaintiff,<br><br> vs.<br><br>SELECT FOOD MART INC.,<br><br>      Defendant/Third-Party Plaintiff,<br><br> vs.<br><br>ABEESHA, INC.,<br><br>      Third-Party Defendant. | 8:18-CV-563<br><br>**ORDER** |

Pursuant to Zach Hillesheim's and Select Food Mart Inc.'s Joint Stipulation for Dismissal, Filing 35, all claims by Hillesheim against Select Food Mart are dismissed with prejudice with Hillesheim and Select Food Mart to bear their own costs, attorneys' fees, and expenses related to the same. Select Food Mart's third-party claims and Motion for Default Judgment, Filing 36, against Abeesha, Inc., remaining pending. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal, Filing 35, is granted;

2. The Clerk of the Court is directed to terminate Zach Hillesheim as a party to the case; and

3. The Clerk of the Court is ordered to re-caption the case as "Select Food Mart Inc. vs. Abeesha, Inc."

Dated this 15th day of September, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge