IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SELECT FOOD MART INC,<br><br>        Third-Party Plaintiff,<br><br>  vs.<br><br>ABEESHA, INC.,<br><br>        Third-Party Defendant. | 8:18-CV-563<br><br>**DEFAULT JUDGMENT** |

In accordance with the accompanying Memorandum and Order of this date:

IT IS ORDERED:

1. Select Food's Motion for Default Judgment (Filing 36) is granted to the extent it seeks default judgment against and $4,000 in damages from Abeesha;

2. Select Food's Motion for Default Judgment (Filing 36) is denied without prejudice to reassertion to the extent it seeks $3,896 in attorney's fees;

3. Select Food shall make any additional motion for attorney's fees incurred in defending itself against Hillesheim's underlying claim within fourteen (14) days of the date of this order, otherwise such motion will be denied as untimely; and

4. The Clerk of Court is directed to terminate this action.

Dated this 5th day of November, 2020.

                                                BY THE COURT:

                                                Brian C. Buescher
                                                United States District Judge